UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONALD A. NAPIER,**
       Petitioner,

   -V-                               CASE NO. C-1-01-511
                                        JUDGE SPIEGEL

**HAROLD CARTER, Warden,**
       Respondent.

## NOTICE OF APPEAL

Notice is hereby given that Ronald A. Napier appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on September 30, 2004.

                                            **s/Keith A. Yeazel**

                                            _____
                                            KEITH A. YEAZEL (0041274)
                                            65 SOUTH FIFTH STREET
                                            COLUMBUS, OHIO  43215
                                            (614) 228-7005

                                            COUNSEL FOR APPELLANT

        **October 18, 2004**
Date _____