UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4365

Filed: March 7, 2006

RONALD A. NAPIER

    Petitioner - Appellant

v.

HAROLD E. CARTER, Warden

    Respondent - Appellee

**MANDATE**

Pursuant to the court's disposition that was filed 2/9/06 the mandate for this case hereby issues today.

A True Copy.

COSTS:     NONE           Attest:

Filing Fee ..........$
Printing ............$
    Total ........$

Nancy Baines
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

NANCY J. BARNES
(513) 564-7022
(FAX) 564-7096
www.ca6.uscourts.gov

Filed: March 7, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 04-4365
    Napier vs. Carter
    District Court No. 01-00511

Enclosed is a copy of the mandate filed in this case.  The certified record was never sent to this Court on appeal.

Very truly yours,
Leonard Green, Clerk

(Ms.) Nancy Barnes
Case Manager

cc:
    Honorable S. Arthur Spiegel
    Mr. Keith A. Yeazel
    Ms. Diane Mallory