**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

SCOTT J. SWEARINGEN
(513) 564-7047
www.ca6.uscourts.gov

Filed: March 16, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-4365
Napier vs. Carter
District Court No. 01-00511

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [04-4365]. Volumes included: 2 Pl;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_Mercedes Lee, Case Administrator_
Name and Title of Authorized Agent for
the District Court or Government Agency

3-16-06
Date

Very truly yours,
Leonard Green, Clerk

Scott J. Swearingen
Records Management Deputy